IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD DAY, on behalf of his minor children, Edward Day, Jr. and Travis Day,<br>　　　　Plaintiff,<br><br>　　v.<br><br>GREENSBURG CENTRAL CATHOLIC,<br>　　　　Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 09-00054 |

| | | |
|---|---|---|
| DAUNTE JOHNSON,<br>　　　　Plaintiff,<br><br>　　v.<br><br>THE ROMAN ARCHDIOCESE OF GREENSBURG,<br>　　　　Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 09-00827 |

| | | |
|---|---|---|
| EDWARD DAY, JR.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>THE ROMAN ARCHDIOCESE OF GREENSBURG,<br>　　　　Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 09-00828 |

| | |
|---|---|
| DEBORAH COOK, on behalf of her minor child, Quadre Cook, <br>            Plaintiff, <br>    v. <br><br>THE ROMAN ARCHDIOCESE OF GREENSBURG, <br>            Defendant. | : <br> : <br> : <br> : Civil Action No. 09-00829 <br> : <br> : <br> : <br> : <br> : |

| | |
|---|---|
| ROBERT A. WILLIAMS II, <br>            Plaintiff, <br><br>    v. <br><br>THE ROMAN ARCHDIOCESE OF GREENSBURG, <br>            Defendant. | : <br> : <br> : <br> : Civil Action No. 09-00830 <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this 20TH day of October, 2009, upon consideration of the parties' Joint Motion to Coordinate the above-captioned matters, IT IS HEREBY ORDERED that the Joint Motion is hereby GRANTED.

IT IS FURTHER ORDERED that Civil Actions No. 09-827, 09-829 and 09-830 are hereby referred to Magistrate Judge Robert C. Mitchell for all pretrial proceedings.

IT IS FURTHER ORDERED that Status Conferences, scheduled for October 26, 2009 in Civil Action No. 09-830 and November 24, 2009 in Civil Actions Nos. 09-827 and 09-829, are hereby cancelled.

BY THE COURT:

_____, J.
Gary L. Lancaster,
Chief United States District Judge

cc: The Honorable Robert C. Mitchell,
    United States Magistrate Judge

    All Counsel of Record